**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed February 12, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00064-CV

---

### IN RE JUSTIN BRENNAN EDWARDS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-49504**

---

## MEMORANDUM OPINION

On January 23, 2019, relator Justin Brennan Edwards filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the unverified petition, relator claims that he is being restrained of his liberty by his divorce decree, which orders him to pay child support.

Relator bears the burden to provide a sufficient record to show that he is entitled to relief.  *See Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992) (orig. proceeding).  Relator has failed to do so here.  *See* Tex. R. App. P. 52.7(a).

Accordingly, we dismiss relator's petition.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.